UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br><br>　　　　Defendant. | Case No. 16-cv-02673-WHO<br><br>**ORDER REQUIRING FILING OF MOTION** |

On August 29, 2016, defendant Commissioner of the Social Security Administration (SSA) filed her answer and the administrative record in this case. Plaintiff's motion for summary judgment – explaining why the SSA was wrong to deny his claim for benefits – needed to be filed by September 30, 2016.

As of today's date, plaintiff has not filed his motion for summary judgment. Plaintiff, who is proceeding pro se, must file his motion for summary judgment by **November 14, 2016**.

If plaintiff fails to file his motion for summary judgment by **November 14, 2016**, this case may be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

Plaintiff may also wish to seek assistance at the Court's Legal Help Center for unrepresented parties. The Legal Help Center can be reached at 415-782-8982 and is located on the 15th Floor, Room 2796, of the courthouse at 450 Golden Gate Avenue in San Francisco.

**IT IS SO ORDERED**.

Dated: October 11, 2016

WILLIAM H. ORRICK
United States District Judge