1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   CHANTAL R. JENKINS, SBN PA 307531
4  Special Assistant United States Attorney
           160 Spear Street, Suite 800
5          San Francisco, California 94105
           Telephone:  (415) 977-8931
6          Facsimile:  (415) 744-0134
           E-Mail: Chantal.Jenkins@ssa.gov
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11                                          )
   JOSEPH E. SIERRA,                        )  CIVIL NO. 3:16-cv-02673-WHO
12                                          )
            Plaintiff,                       )  STIPULATION & ORDER FOR
13                                          )  EXTENSION FOR DEFENDANT TO
            vs.                              )  RESPOND TO PLAINTIFF'S MOTION
14                                          )  FOR SUMMARY JUDGMENT
                                            )
   CAROLYN W. COLVIN,                       )
15 Acting Commissioner of                   )
   Social Security,                         )
16                                          )
                                            )
17          Defendant.                       )

18         IT IS HEREBY STIPULATED by and between the parties that Defendant shall have an

19 extension of time to January 4, 2017 to respond to Plaintiff's motion for summary judgment.  The

20
   current due date is December 6, 2016.  Defendant respectfully requests this additional time because the
21
   agency is evaluating the merits of this case.
22

23         Counsel apologizes to the Court for any inconvenience caused by this delay.

24
                                    Respectfully submitted,
25

26 Dated: December 6, 2016         */s/ Joseph Sierra*
                                   *(as authorized via telephone on December 6, 2016)
27                                 Joseph Sierra

28
                                        1

1

2
BRIAN J. STRETCH
United States Attorney

3

Dated: December 6, 2016
*s/ Chantal R. Jenkins*

4
Chantal R. Jenkins
Special Assistant U.S. Attorney

5

6
Attorneys for Defendant

7

8

9
ORDER

10

PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12
DATED: December 7, 2016

HON. WILLIAM H. ORRICK

13
UNITED STATE MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28