BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8931
    Facsimile:  (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. SIERRA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:16-cv-02673-WHO<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review (ODAR) will remand this case to an Administrative Law Judge (ALJ) for further development of the record.  The ALJ will offer Plaintiff the opportunity for a new hearing, give further consideration to Plaintiff's maximum residual functional capacity, and obtain supplemental vocational expert testimony if needed.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 14, 2016 | */s/ Joseph Sierra*<br>*(as authorized via telephone and email on December 14, 2016)<br>Joseph Sierra |
|   | BRIAN J. STRETCH<br>United States Attorney |
| Dated: December 14, 2016 | s/ Chantal R. Jenkins<br>Chantal R. Jenkins<br>Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 15, 2016          _____
                                   HON. WILLIAM H. ORRICK
                                   UNITED STATE MAGISTRATE JUDGE

2